**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 08-cv-02570-RPM

YAKAMA NATION HOUSING AUTHORITY,

        Plaintiff,

v.

UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, STEVEN C.
PRESTON, Secretary of Housing and Urban Development,
PAULA BLUNT, General Deputy Assistant Secretary for Public and Indian Housing, and
DEBORAH LALANCETTE, Director, Office of Grants Management, Office of Native American
Programs, Office of Public and Indian Housing, Department of Housing and Urban Development,
        Defendants.

_____

**ORDER**

_____

      Upon consideration of the Joint Motion for Stay of Proceedings (Dkt. No. 5) it is

      ORDERED that this action is stayed pending the United States Court of Appeals for the

Tenth Circuit's final decision in the pending case of *Fort Peck Housing Authority v. United States*

*Department of Housing and Urban Development et al.*, Cross Appeal Case Nos. 06-1425 and 06-

1447 (the "Appeal"). The parties shall inform the Court of a decision by the Tenth Circuit regarding

the Appeal within 15 days of that decision.

      Dated January 20th, 2009.

                    BY THE COURT

                    s/Richard P. Matsch

                    _____

                    Richard P. Matsch Senior Judge