IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-02570-RPM
    YAKAMA NATION HOUSING AUTHORITY v. HUD, *et al.;*
Civil Action No. 08-cv-02573-RPM
    MODOC LASSEN INDIAN HOUSING AUTHORITY v. HUD, *et al.;*
Civil Action No. 08-cv-02577-RPM
    CHOCTAW NATION OF OKLAHOMA, *et al.,* v. HUD, *et al.;* and
Civil Action No. 08-cv-02584-RPM
    SICANGU WICOTI AWANYAKAPI CORPORATION, *et al.,* v. HUD, *et al.*

---

ORDER VACATING STAY

---

The Court, after hearing the positions of counsel at the July 23, 2010 consolidated status conference, now determines that the stay entered in the above referenced cases should be vacated. Accordingly, it is

ORDERED that the Stay entered in the above referenced cases is vacated.

Dated: July 26, 2010

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge