**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 08-cv-02570-RPM

YAKAMA NATION HOUSING AUTHORITY,

  Plaintiff,

v.

UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT (HUD),
SHAUN DONOVAN, Secretary of HUD,
DEBORAH A. HERNANDEZ, General Deputy Assistant Secretary for Public and Indian
Housing, and
GLENDA GREEN, Director, Office of Grants Management, National Office of Native American
Programs, Department of Housing and Urban Development, Office of Public and Indian
Housing,

  Defendants.
_____

**ORDER**
_____

   The Court, having reviewed the Unopposed Motion by Plaintiff to Extend Deadline by

Forty-Five Days to File the Statement of Relief Requested, for sufficient cause shown, hereby grants the

Unopposed Motion. Therefore, Plaintiff shall file its Statement of Relief Requested on or before

March 4, 2013 and Defendants shall file their response to Plaintiff's Statement of Relief Requested on or

before May 6, 2013.

   Dated: December 26th , 2012

         BY THE COURT:

         s/Richard P. Matsch

         _____

         Richard P. Matsch, Senior District Judge